FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Page: 1

ASSET CASES

Case No: 93-16187 TS Judge: JOHN TESELLE
Case Name: FIRST ASSURANCE & CASUALTY CO

For Period Ending: 02/28/06

Trustee Name: JANICE D. LOYD
Date Filed (f) or Converted (c): 09/28/94 (c)
341(a) Meeting Date: 01/25/94
Claims Bar Date: 01/17/95

FILED
MAR 28 2006
GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH (u) | 43,270.14 | 43,270.14 | | 43,270.14 | FA |
| 2. STOCK/BONDS | 10,368,112.00 | 0.00 | DA | 0.00 | FA |
| 3. NOTE RECV. | 843,146.00 | 0.00 | DA | 0.00 | FA |
| 4. ACCT. RECV. | 5,715,308.00 | 43,521.56 | | 43,521.56 | FA |
| 5. RICO LITIGATION (u) INSIDER LITIGATION | 500.00 | 500.00 | | 500.00 | FA |
| 6. TCI BANK ACCT (u) | 243.79 | 243.79 | | 243.79 | FA |
| 7. OFFICE EQUIP (u) | 1,622.10 | 1,622.10 | | 1,622.10 | FA |
| 8. TAX REFUND (u) | 480.90 | 480.90 | | 480.90 | FA |
| 9. REAL PROPERTY (u) | 18,125.00 | 18,125.00 | | 18,125.00 | FA |
| 10. LA. LITIGATION (u) | 123,489.44 | 123,489.44 | | 123,616.32 | FA |
| 11. MISC.REFUNDS (u) | 109.90 | 109.90 | | 109.90 | FA |
| 12. ATTY FEE REFUND (u) | 14,000.00 | 14,000.00 | | 14,000.00 | FA |
| 13. RICO LITIGATION (u) | 175,000.00 | 175,000.00 | | 178,633.83 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 15,174.64 | FA |
| 15. CLASS ACTION SUIT (u) | 0.00 | 42,739.77 | | 42,739.77 | FA |

TOTALS (Excluding Unknown Values): $ 17,303,407.27   $ 463,102.60   $ 482,037.95

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Federal RICO action pending in California - collection of settlement proceeds;
claims evaluation ongoing. (The Rico Class Action Case has been settled for in excess of 7 million.
A Special Master was appointed to distribute the funds to class participants/creditors through that
federal proceeding. A substantial portion of the bankruptcy creditors have received distributions
through that proceeding.). Trustee waived her fee on settlement in RICO action;
Criminal indictments have been filed; criminal trial scheduled for April, 1999.
Trial continued to August. Convictions against 2 defendants entered (1 acquitted). Trustee
assisting in pre-sentencing report; trustee will submit final account when all matters are finally
settled.
FINAL REPORT SUBMITTED 6/16/99
FINAL REPORT APPROVED 6/22/99
TRUSTEE HAS RECEIVED ADDITIONAL FUNDS FROM FEDERAL MASTER IN CALIFORNIA LITIGATION. IN ADDITION, IN
THE CRIMINAL PROCEEDING, THE CONVICTED FELONS WERE ORDERED TO PAY $7 MILLION TO THE TRUSTEE AS
RESTITUTION. THEREFORE, TRUSTEE WILL KEEP CASE OPEN TO ADMINISTER ADDITIONAL ASSETS.
1-30-03: TRUSTEE IS COMMENCING THE TASK OF EXAMINING OVER 400 CLAIMS AND PREPARING OBJECTIONS TO
SAME.
PROJECTED DATE OF FINAL REPORT HAS BEEN EXTENDED TO ALLOW TRUSTEE ADDITIONAL TIME TO REVIEW AND
OBJECT TO CLAIMS AS WELL AS DETERMINE WHETHER ANY RESTITUTION PAYMENTS WILL BE MADE.
6-14/04 - TRUSTEE STILL WORKING ON CLAIMS REVIEW
7/21/04 - PREPARATION OF FIRST SET OF OBJECTIONS TO CLAIMS
8/31/04 - HEARING ON OBJ TO CLAIMS.

PFORM1   Ver: 10.63a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 93-16187   TS   Judge: JOHN TESELLE | |
| Case Name: | FIRST ASSURANCE & CASUALTY CO | |

Trustee Name: JANICE D. LOYD
Date Filed (f) or Converted (c):   09/28/94 (c)
341(a) Meeting Date:   01/25/94
Claims Bar Date:   01/17/95

07-06-05: TRUSTEE PREPARED SECOND SET OF OBJECTIONS TO CLAIMS.
8/24/05 - HEARING ON OBJECTIONS TO CLAIMS.

Initial Projected Date of Final Report (TFR): 02/28/00     Current Projected Date of Final Report (TFR): 12/30/06

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 93-16187 -TS | Trustee Name: | JANICE D. LOYD |
|---|---|---|---|
| Case Name: | FIRST ASSURANCE & CASUALTY CO | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8303 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1566 | | |
| For Period Ending: | 02/28/06 | Blanket Bond (per case limit): | $ 7,447,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/09/02 | 15 | BAILY CIVIL ACTION FUND | CLASS ACTION SUIT PROCEEDS | 1249-000 | 42,739.77 | | 42,739.77 |
| 07/31/02 | 14 | NationsBank, N.A. | Interest Rate 1.200 | 1270-000 | 27.85 | | 42,767.62 |
| 08/26/02 | 000101 | JANICE D. LOYD, TRUSTEE 2050 OKLAHOMA TOWER 210 PARK AVENUE OKC, OK 73102 | PAYMENT OF TRUSTEE FEES PER ORDER 6/21/01 | 2100-000 | | 940.25 | 41,827.37 |
| 08/30/02 | 14 | NationsBank, N.A. | Interest Rate 1.200 | 1270-000 | 43.49 | | 41,870.86 |
| 09/30/02 | 14 | NationsBank, N.A. | Interest Rate 1.200 | 1270-000 | 41.30 | | 41,912.16 |
| 10/02/02 | 000102 | HOLLISTER & BRACE 1126 SANTA BARBARA STREET SANTA BARBARA, CA 93101 | ATTY FEES & EXPENSES PER ORDER 9/30/02 | | | 27,170.63 | 14,741.53 |
| | | | Fees   25,402.50 | 3210-000 | | | 14,741.53 |
| | | | Expenses   1,768.13 | 3220-000 | | | 14,741.53 |
| 10/31/02 | 14 | NationsBank, N.A. | Interest Rate 1.200 | 1270-000 | 23.06 | | 14,764.59 |
| 11/29/02 | 14 | NationsBank, N.A. | Interest Rate 0.850 | 1270-000 | 12.01 | | 14,776.60 |
| 12/31/02 | 14 | NationsBank, N.A. | Interest Rate 0.850 | 1270-000 | 10.67 | | 14,787.27 |
| 01/31/03 | 14 | NationsBank, N.A. | Interest Rate 0.850 | 1270-000 | 10.68 | | 14,797.95 |
| 02/28/03 | 14 | NationsBank, N.A. | Interest Rate 0.850 | 1270-000 | 9.65 | | 14,807.60 |
| 03/31/03 | 14 | NationsBank, N.A. | Interest Rate 0.500 | 1270-000 | 6.71 | | 14,814.31 |
| 04/30/03 | 14 | NationsBank, N.A. | Interest Rate 0.500 | 1270-000 | 6.09 | | 14,820.40 |
| 05/30/03 | 14 | NationsBank, N.A. | Interest Rate 0.500 | 1270-000 | 6.29 | | 14,826.69 |
| 06/02/03 | 000103 | INTERNATIONAL SURETIES, LTD. 210 BARONNE ST. SUITE 1700 NEW ORLEANS LA 70112 | BOND #016018042 | 2300-000 | | 7.39 | 14,819.30 |
| 06/30/03 | 14 | NationsBank, N.A. | Interest Rate 0.500 | 1270-000 | 6.09 | | 14,825.39 |
| 07/31/03 | 14 | NationsBank, N.A. | Interest Rate 0.200 | 1270-000 | 2.52 | | 14,827.91 |
| 08/29/03 | 14 | NationsBank, N.A. | Interest Rate 0.200 | 1270-000 | 2.52 | | 14,830.43 |
| 09/30/03 | 14 | NationsBank, N.A. | Interest Rate 0.200 | 1270-000 | 2.44 | | 14,832.87 |
| 10/31/03 | 14 | NationsBank, N.A. | Interest Rate 0.200 | 1270-000 | 2.52 | | 14,835.39 |
| 11/28/03 | 14 | NationsBank, N.A. | Interest Rate 0.200 | 1270-000 | 2.44 | | 14,837.83 |
| 12/31/03 | 14 | NationsBank, N.A. | Interest Rate 0.100 | 1270-000 | 1.26 | | 14,839.09 |
| 01/30/04 | 14 | NationsBank, N.A. | Interest Rate 0.100 | 1270-000 | 1.26 | | 14,840.35 |
| 02/27/04 | 14 | NationsBank, N.A. | Interest Rate 0.100 | 1270-000 | 1.18 | | 14,841.53 |
| 03/31/04 | 14 | NationsBank, N.A. | Interest Rate 0.100 | 1270-000 | 1.26 | | 14,842.79 |
| 04/30/04 | 14 | NationsBank, N.A. | Interest Rate 0.100 | 1270-000 | 1.22 | | 14,844.01 |
| 05/28/04 | 14 | NationsBank, N.A. | Interest Rate 0.100 | 1270-000 | 1.26 | | 14,845.27 |
| 06/02/04 | 000104 | INTERNATIONAL SURETIES LTD 210 BARONNE STREET SUITE 1700 NEW ORLEANS, LA 70112-1570 | BOND #016018042 | 2300-000 | | 10.44 | 14,834.83 |
| 06/30/04 | 14 | NationsBank, N.A. | Interest Rate 0.100 | 1270-000 | 1.22 | | 14,836.05 |
| 07/30/04 | 14 | NationsBank, N.A. | Interest Rate 0.100 | 1270-000 | 1.26 | | 14,837.31 |
| 08/31/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.26 | | 14,838.57 |
| 09/30/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.22 | | 14,839.79 |
| 10/29/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.26 | | 14,841.05 |
| 11/30/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.22 | | 14,842.27 |

Ver: 10.63a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

| Case No: | 93-16187 -TS | Trustee Name: | JANICE D. LOYD |
| --- | --- | --- | --- |
| Case Name: | FIRST ASSURANCE & CASUALTY CO | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8303 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1566 | | |
| For Period Ending: | 02/28/06 | Blanket Bond (per case limit): | $ 7,447,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.26 | | 14,843.53 |
| 01/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.26 | | 14,844.79 |
| 02/28/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.85 | | 14,847.64 |
| 03/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.15 | | 14,850.79 |
| 04/29/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.05 | | 14,853.84 |
| 05/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.16 | | 14,857.00 |
| * 06/07/05 | 000105 | INTERNATIONAL SURETIES LTD 210 BARONNE STREET SUITE 1700 NEW ORLEANS, LA 70112-1570 | TRUSTEE BOND #016018042 | 2300-000 | | 9.78 | 14,847.22 |
| * 06/07/05 | 000105 | INTERNATIONAL SURETIES LTD 210 BARONNE STREET SUITE 1700 NEW ORLEANS, LA 70112-1570 | TRUSTEE BOND #016018042 INCORRECT AMOUNT - NO ORIGINAL CHECK WRITTEN | 2300-000 | | -9.78 | 14,857.00 |
| 06/07/05 | 000106 | INTERNATIONAL SURETIES LTD 210 BARONNE STREET SUITE 1700 NEW ORLEANS, LA 70112-1570 | BOND #016018042 | 2300-000 | | 10.30 | 14,846.70 |
| 06/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.05 | | 14,849.75 |
| 07/29/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.15 | | 14,852.90 |
| 08/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.57 | | 14,860.47 |
| 09/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.33 | | 14,867.80 |
| 10/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.58 | | 14,875.38 |
| 11/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.34 | | 14,882.72 |
| 12/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.58 | | 14,890.30 |
| 01/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 7.59 | | 14,897.89 |
| 02/28/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.61 | | 14,908.50 |

| Account *******8303 | | Balance Forward | 0.00 | | 9 Checks | 28,139.01 |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 42,739.77 | | 0 Adjustments Out | 0.00 |
| | 44 | Interest Postings | 307.74 | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 43,047.51 | | Total | $ 28,139.01 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 43,047.51 | | | |

FORM 2  
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 11

| | |
|---|---|
| Case No: | 93-16187 -TS |
| Case Name: | FIRST ASSURANCE & CASUALTY CO |
| Taxpayer ID No: | ********1566 |
| For Period Ending: | 02/28/06 |

| | |
|---|---|
| Trustee Name: | JANICE D. LOYD |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ********8303 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 7,447,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 14 Checks | | 32,017.05 |
| 3 | Deposits | 46,500.48 | 0 Adjustments Out | | 0.00 |
| 61 | Interest Postings | 425.07 | 1 Transfers Out | | 3,872.25 |
| | Subtotal | $ 46,925.55 | Total | $ | 35,889.30 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 3,872.25 | | | |
| | Total | $ 50,797.80 | Net Total Balance | $ | 14,908.50 |