**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

FILED

In Re: )
)
FIRST ASSURANCE & CASUALTY CO., ) BK 93-16187-NLJ    2009 NOV 30 P 4: 42
) Chapter 7
Debtor. )

PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 128 | 122 | INDUSTRIAL CO OF SAN DIEGO<br>C/O ROBERT RIGGS<br>2054 UNIVERSITY AVE, 4TH FLOOR<br>BERKLEY, CA 94704 | $1,660.65 |
| 141 | 127 | LESLIE CUNNINGHAM<br>99 CYNTHIA DRIVE<br>PLEASANT HILLS, CA 94523 | $ 55.30 |
| 232 | 163 | DUDLEY DUDLEY WINDLE ET AL<br>UNIVERSITY BUILDING<br>2501 N. MESA, SUITE 200<br>EL PASO, TX 79902 | $ 128.24 |
| 244 | 165 | JOHN H. GUTMAN<br>420 LEXINGTON AVE<br>NEW YORK, NY 10170 | $ 38.29 |
| 247 | 167 | STEVE HADLEY/BRUCE LANDAU<br>ROSKY LANDAU STAHL & SHEEHY<br>8383 WILSHIRE BLVD, SUITE 528<br>BEVERLY HILLS, CA 90211 | $ 93.61 |
| 292 | 174 | SELECTEL CORP<br>125 E. BAKER ST. SUITE 120W<br>COSTA MESA, CA 92625 | $ 24.17 |

| 294 | 175 | JOHN H. GUTMAN<br>420 LEXINGTON AVE<br>NEW YORK, NY 10170 | $ 9.31 |
|---|---|---|---|
| 298 | 177 | THE BANK OF CALIFORNIA<br>T. SCOTT SHEA<br>12301 WILSHIRE BLVD #600<br>LOS ANGELES, CA 90025 | $4,615.88 |
| 300 | 179 | HIBBS ROBERTS LEMONS ET AL<br>50 W. LIBERTY STREET, SUITE 750<br>RENO, NV 89501 | $ 34.03 |
| 313 | 184 | STEIN INVESTIGATION AGENCY<br>616 S. WESTMORELAND AVENUE<br>LOS ANGELES, CA 90005 | $ 47.50 |
| 350 | 195 | JOHN H. GUTMAN<br>420 LEXINGTON AVE<br>NEW YORK, NY 10170 | $ 21.54 |
| 370 | 199 | AMERICAN PRESIDENT LINES LTD<br>C/O SAM & FLYNN DELICH & WISE<br>580 CALIFORNIA STREET, SUITE 1750<br>SAN FRANCISCO, CA 94104 | $ 163.43 |
| 400 | 206 | KAMI AVIDAN<br>C/O DONALD AINSLIE<br>14549 ARCHWOOD STREET, #211<br>VAN NUYS, CA 91405 | $ 204.24 |

Dated: 11/23/09

*(signature)*

JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, Oklahoma 73102
405/235-9371    405/232-1003 (Fax)
jdltrustee@bcllawfirm.com