### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:                                          )
                                                )
FIRST ASSURANCE & CASUALTY CO.,     )          BK 93-16187-NLJ
                                                )          Chapter 7
            Debtor.                             )

FILED
2009 NOV 10 P 3: 50

### PAYMENT OF FUNDS TO THE CLERK
### PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 111 | 116 | JOHN BALATTI<br>C/O EDWARD A. FRIEND<br>703 MARKET ST. #1407<br>SAN FRANCISCO, CA 94103 | $ 88.08 |
| 114 | 117 | AMERICAN COACH<br>NATIONWIDE LIMO SERVICE<br>433 AIRPORT BLVD #322<br>BURLINGAME, CA 94010 | $ 16.99 |
| 121 | 119 | CITY OF MARTINEZ<br>C/O VALERIE PISTOLE<br>ASSISTANT CITY ATTORNEY<br>2455 BENNETT VALLEY RD. #201B<br>SANTA ROSA, CA 95404 | $ 777.40 |
| 169 | 140 | FEREYDOUN NEKOUEE<br>C/O TAS PANOS<br>701 B ST., SUITE 1300<br>SAN DIEGO, CA 92101 | $ 88.60 |
| 257 | 168 | EUREKA CONSTRUCTION<br>JEREMY SUGERMAN<br>3 EMBARCADERO CENTER, SUITE 2280<br>SAN FRANCISCO, CA 94111 | $ 22.34 |

| 282 | 172 | CALIFORNIA STATE AUTOMOBILE ASSOC., INTER-INSURANCE BUREAU PRESTON, STEFFEN, KATZEN 1900 EMBARCADERO, SUITE 305 OAKLAND, CA 94606 | $ | 13.09 |
|---|---|---|---|---|
| 307 | 183 | INSURANCE INDUSTRY CONSULTANTS 1815 THE EXCHANGE, STE 150 ATLANTA, GA 30339 | $ | 24.52 |
| 354 | 196 | DIRECT LINE DISTRIBUTION INC. DBA NSD WAREHOUSEING & DISTRIBUTING SYSTEMS OF CALIFORNIA 2730 EL PRESIDO ST. LONG BEACH, CA 90810-1117 | $ | 95.58 |

Dated: 11/10/09

JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, Oklahoma 73102
405/235-9371    405/232-1003 (Fax)
jdltrustee@bcllawfirm.com