**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

In Re: )
 )
FIRST ASSURANCE & CASUALTY CO., ) BK 93-16187-NLJ
 ) Chapter 7
Debtor. )

FILED

2009 OCT 21 P 2: 35

**PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010**

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not mailed for the reason that the dividend to be paid to each creditor was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 318 | 107 | PATRICIA L. HUBBARD<br>ALL AMERICAN REPORTERS<br>1651 E. FOURTH ST., STE 133<br>SANTA ANA, CA 92701 | $ 3.10 |
| 287 | 107 | DAVID C. BUTLER<br>P O BOX 3487<br>ENID, OK 73702-3487 | $ 1.10 |
| 217 | 107 | SHANE CLARK<br>P O BOX 641<br>FOREST FALLS, CA 92339 | $ 4.09 |
| 179 | 107 | CAROL BRENNAN & ASSOC<br>4444 RIVERSIDE DRIVE, STE 104<br>BURBANK, CA 91505 | $ 3.57 |
| 147 | 107 | STATE FARM INSURANCE<br>7755 PARDEE LANE<br>OAKLAND, CA 94621 | $ 1.06 |
| 117 | 107 | AMERICAN ARBITRATION ASSOC<br>140 WEST 51ST STREET<br>NEW YORK, NY 10020-1203 | $ 3.83 |

Dated: 10/21/09

*[signature]*
JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, Oklahoma 73102
405/235-9371    405/232-1003 (Fax)
jdltrustee@bcllawfirm.com