**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

In Re:                                          )
                                                )
FIRST ASSURANCE & CASUALTY CO.,  )   BK 93-16187-NLJ
                                                )   Chapter 7
            Debtor.                        )

### PAYMENT OF FUNDS TO THE CLERK
### PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 142 | 128 | H. KELLY TRUCKING<br>P.O. BOX 2705<br>SO. SAN FRANCISCO, CA 94080 | $ 12.97 |

Dated: 1/6/10

JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, Oklahoma 73102
405/235-9371    405/232-1003 (Fax)
jdltrustee@bcllawfirm.com