# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:                                      )
                                            )
FIRST ASSURANCE & CASUALTY CO.,             )      BK 93-16187-NLJ
                                            )      Chapter 7
           Debtor.                          )

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 017 | 109 | STOWELL ANTON & KRAMER<br>PO BOX 11059<br>TALLAHASSEE, FL 32302 | $ 41.59 |
| 137 | 124 | SULYMANKHEL ET AL<br>2261 N. MAIN ST.<br>WALNUT CREEK, CA 94596 | $ 69.94 |
| 138 | 125 | ROYYAS TRANSPORTATION INC.<br>EXPRESS AIRPORT SHUTTLE<br>110 DILLON AVENUE<br>CAMPBELL, CA 95008 | $ 12.64 |
| 139 | 126 | HAGOP HOVAKIMIAN<br>C/O VICKEN I SIMONIAN<br>131 NORTH EL MOLINO AVE #310<br>PASADENA, CA 91101-1873 | $ 238.45 |
| 154 | 133 | SMITH-EMERY COMPANY<br>RODNEY MOSS<br>BROWN & BROWN PC<br>10100 SANTA MONICA BLVD STE 2<br>LOS ANGELES, CA 90067-4167 | $ 57.59 |

| | | | |
|---|---|---|---|
| 171 | 141 | JAGROOP GRILL<br>JOHN G. MICHAEL<br>BAKER MANOCK & JENSEN<br>5260 N. PALM AVE, SUITE 421<br>FRESNO, CA 93704 | $ 174.86 |
| 176 | 143 | ELIZABETH ROBINSON<br>C/O GORDON A. GLENN<br>4248 ADAMS AVE.<br>SAN DIEGO, CA 93116-2518 | $ 213.46 |
| 180 | 144 | ROBERT T. POPE<br>GALAM, LEWIS & POPE<br>350 WEST ASH ST., SUITE 1002<br>SAN DIEGO, CA 92101 | $ 329.66 |
| 185 | 146 | BYUNG HAK CHOO<br>C/O ROBERT T. SCHIRLE<br>3700 WILSHIRE BLVD, STE 800<br>LOS ANGELES, CA 90010 | $ 63.82 |
| 192 | 148 | CSAA<br>PO BOX 579570 L<br>MODESTO, CA 95357-9570 | $ 20.37 |
| 204 | 154 | JAGTAR S. KALKAT<br>MOHINDER S. MANN<br>1027 W. TAYLOR ST.<br>SAN JOSE, CA 95126 | $2,183.20 |
| 208 | 155 | PATTY JO WYLIE<br>1131 14TH ST, APT 2<br>SANTA MONICA, CA 90403 | $ 17.58 |
| 225 | 162 | JILL ALLYSON BERRY &<br>MARK BERRY<br>C/O BRUCE W. HODGE<br>JOHNSON & DAVIS LLP<br>402 EAST VAN BUREN ST<br>HARLINGEN, TX 78550 | $5,355.39 |
| 246 | 166 | JOSWIG CONSTRUCTION INC.<br>C/O PEGGY BURKE BEVILLE<br>PEACOCK & GAFFNEY<br>2348 SUNSET POINT RD<br>CLEARWATER, FL 34625 | $ 160.71 |

| 302 | 180 | GOLDEN STATE RECOVERY<br>PO BOX 534<br>SANTA MARIA, CA 93456 | $ 17.02 |
| --- | --- | --- | --- |
| 326 | 188 | CALIFORNIA STATE AUTO ASSOC<br>ATTN: THOMAS ADLER<br>PO BOX 250<br>CAPITOLA, CA | $ 11.95 |
| 331 | 190 | SENAX CORP<br>ROBERT KOVSKY<br>PO BOX 240<br>OAKLAND, CA 94694 | $ 28.93 |
| 338 | 192 | SALVADORE M. PIAZZA<br>PIAZZA & SONS TRUCKING<br>8120 BERRY AVE, #G<br>SACRAMENTO, CA 92828 | $ 119.14 |
| 390 | 202 | MISSION DEVELOPMENT<br>CONSULTANTS<br>23029 GRAY FOX DRIVE<br>CANYON LAKE, CA 92587 | $ 244.37 |
| 392 | 203 | HORIZON HEALTHCARE CORP<br>C/O MICHAEL GREENE<br>PO BOX V<br>WALNUT CREEK, CA 94596-1270 | $2,590.31 |

Dated: 1/22/10

*Janice Joyd*
JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, OK 73102
(405)235-9371   (405)232-1003 (FAX)
jdltrustee@bcllawfirm.com